# EXHIBIT "A"

**OREGON SECRETARY OF STATE**
▶ **Corporation Division**

HOME | business information center | business name search | oregon business guide | referral list | business registry/renewal | forms/fees | notary public | uniform commercial code | uniform commercial code search | documents & data services

## Business Name Search

New Search    Printer Friendly    **Business Entity Data**    08-20-2010 17:08

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 157043-98 | DNP | ACT | OREGON | 06-24-2003 | 06-24-2011 | |
| Entity Name | CENTER FOR INTERCULTURAL ORGANIZING | | | | | |
| Foreign Name | | | | | | |
| Non Profit Type | PUBLIC BENEFIT | | | | | |

New Search    Printer Friendly    **Associated Names**

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| Addr 1 | 700 N KILLINGSWORTH | | | |
| Addr 2 | | | | |
| CSZ | PORTLAND | OR | 97217 | Country UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| Type | AGT | REGISTERED AGENT | | Start Date | 06-24-2003 | Resign Date | |
|---|---|---|---|---|---|---|---|
| Name | KAYSE | | JAMA | | | | |
| Addr 1 | 700 N KILLINGSWORTH | | | | | | |
| Addr 2 | | | | | | | |
| CSZ | PORTLAND | OR | 97217 | | Country UNITED STATES OF AMERICA | | |

| Type | PRE | PRESIDENT | | | Resign Date | |
|---|---|---|---|---|---|---|
| Name | LISA | | REED-GUARNERO | | | |
| Addr 1 | 1806 NE GOING ST | | | | | |
| Addr 2 | | | | | | |
| CSZ | PORTLAND | OR | 97211 | | Country UNITED STATES OF AMERICA | |

| Type | SEC | SECRETARY | | | Resign Date | |
|---|---|---|---|---|---|---|

| Name | ANYA | | VALSAMAKIS | | |
|---|---|---|---|---|---|
| Addr 1 | 3135 SE ANKENY ST | | | | |
| Addr 2 | | | | | |
| CSZ | PORTLAND | OR | 97214 | Country | UNITED STATES OF AMERICA |

New Search    Printer Friendly    Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| CENTER FOR INTERCULTURAL ORGANIZING | EN | CUR | 03-16-2007 | |
| COMMUNITY LANGUAGE AND CULTURE BANK | EN | PRE | 06-24-2003 | 03-16-2007 |

Please read before ordering Copies.

New Search    Printer Friendly    Summary History

| Image Date | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| 07-29-2010 | AMENDED ANNUAL REPORT | 07-29-2010 | | FI | | |
| 06-25-2010 | NOTICE LATE ANNUAL | 06-25-2010 | | SYS | | |
| 07-28-2009 | AMENDED ANNUAL REPORT | 07-28-2009 | | FI | | |
| 06-26-2009 | NOTICE LATE ANNUAL | 06-26-2009 | | SYS | | |
| 08-26-2008 | AMENDMENT TO ANNUAL REPORT | 08-26-2008 | | FI | | |
| 07-23-2008 | AMENDED ANNUAL REPORT | 07-23-2008 | | FI | | |
| 06-27-2008 | NOTICE LATE ANNUAL | 06-27-2008 | | SYS | | |
| 12-31-2007 | RESTATED ARTICLES | 12-31-2007 | | FI | | |
| 06-26-2007 | AMENDED ANNUAL REPORT | 06-26-2007 | | FI | | |
| 03-16-2007 | ARTICLES OF AMENDMENT | 03-16-2007 | | FI | Name | |
| 07-25-2006 | ANNUAL REPORT PAYMENT | 07-25-2006 | 07-24-2006 | SYS | | |
| 06-30-2006 | NOTICE LATE ANNUAL | 06-30-2006 | | SYS | | |
| 08-17-2005 | ANNUAL REPORT PAYMENT | 08-17-2005 | 08-15-2005 | SYS | | |
| 07-01-2005 | NOTICE LATE ANNUAL | 07-01-2005 | | SYS | | |
| 11-03- | REINSTATEMENT | | | | | |

| 2004 | AMENDED | 11-03-2004 | | FI | | |
|---|---|---|---|---|---|---|
| 09-17-2004 | ADMINISTRATIVE DISSOLUTION | 09-17-2004 | | SYS | | |
| 06-25-2004 | NOTICE LATE ANNUAL | 06-25-2004 | | SYS | | |
| 06-24-2003 | ARTICLES OF INCORPORATION | 06-24-2003 | | FI | Agent | |

About Us | Announcements | Laws & Rules | Feedback
Site Map | Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site,
please contact : corporation.division@state.or.us



© 2010 Oregon Secretary of State. All Rights Reserved.