# EXHIBIT "B"

1

## AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS

2 STATE OF OREGON    )
3                    ) ss:
  COUNTY OF *Multnomah*  )

4
5      KAYSE JAMA, being first duly sworn, and in accordance with the law deposes and states
6 as follows:

7      1.      Your Affiant is the Executive Director for CENTER FOR INTERCULTURAL
8 ORGANIZING, a Non-Profit Organization;

9      2.      Your Affiant has personal knowledge of the facts alleged herein;

10
11     3.      Your Affiant submits the within Affidavit in support of KAYSE JAMA and
12 CENTER FOR INTERCULTURAL ORGANIZING's ("CIO") Motion to Dismiss for lack of
13 personal jurisdiction;

14     4.      Your Affiant states that neither your Affiant nor CIO has ever conducted any
15 business activity in the state of Nevada, including but not limited to selling goods or services from
16
17 a location within the state of Nevada, selling goods or services from a location outside the state of
18 Nevada to a person or entity located within the state of Nevada.

19     5.      CIO never solicited Nevada residents for the sales, goods or services, has never
20 entered into a partnership or joint ventures with any person or entity located within the state of
21
22 Nevada, has never entered into any contract with any person or entity located within the state of
23 Nevada, it has never served any Nevada market, and it has never purchased any goods or services
24 from any person or entity located within the state of Nevada;

25     6.      Neither your Affiant nor CIO on behalf of CIO has ever conducted any marketing
26 efforts directed to any person or entity within the state of Nevada;

27
28     7.      Neither your Affiant nor CIO on behalf of the entity has ever aired any ads in
   publications or commercials in the state of Nevada;

Page 1 of 1

8.     Neither your Affiant nor CIO have sent any marketing materials, such as e-mail ads or direct-mail ads into the state of Nevada;

9.     CIO has no registered agents directed to accept service on its behalf in the state of Nevada;

10.    Your Affiant does not reside within the state of Nevada;

11.    Neither your Affiant nor CIO holds any licenses or has ever possessed any licensed issued by the state of Nevada including, but not limited to, business license, trademark, copyrights or fictitious firm names;

12.    CIO is incorporated solely in the state of Oregon as a non-profit organization;

13.    CIO has never had any directors, officers or employees located within the state of Nevada;

14.    CIO has never owned, leased, possessed, operated or occupied any office or other real estate located within the state of Nevada;

15.    Neither your Affiant nor CIO has ever owned, leased or possessed any personal property located within the state of Nevada;

16.    CIO does not own or maintain any bank accounts in any bank located within the state of Nevada;

17.    This affidavit is made in support of CIO's and Affiant's Motion to Dismiss for Lack of Personal Jurisdiction.

KAYSE JAMA

SUBSCRIBED AND SWORN to before me this 30ᵗʰ day of August, 2010.

NOTARY PUBLIC in and for said
County and State



OFFICIAL SEAL
RUTHANNE OOSTMAN
NOTARY PUBLIC-OREGON
COMMISSION NO. 413834
MY COMMISSION EXPIRES JANUARY 30, 2011

Page 2 of 2