JAMES R. OLSON, ESQ.
Nevada Bar No.  000116
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No.  004762
OLSON, CANNON, GORMLEY
& DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
(702) 384-4012
FAX: (702) 383-0701
jolson@ocgd.com
mstoberski@ocgd.com

Attorneys for Defendants
KAYSE JAMA, an individual, and
CENTER FOR INTERCULTURAL ORGANIZING

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RIGHTHAVEN, LLC, a Nevada limited
liability company

       Plaintiff,

vs.

KAYSE JAMA, an individual, and
CENTER FOR INTERCULTURAL
ORGANIZING, a Non-Profit Organization,

       Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.  2:10-cv-01322-JCM-LRL

**STIPULATION AND ORDER TO
WITHDRAW A PORTION OF
DEFENDANTS' MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, RIGHTHAVEN, LLC, and counsel for Defendants, KAYSE JAMA, and CENTER FOR INTERCULTURAL ORGANIZING (collectively "Defendants") that the provisions of Defendants' Motion to Dismiss (Docket No. 7-0) contesting subject matter jurisdiction and Righthaven's standing before this Court are hereby withdrawn.  Specifically, Defendants withdraw the arguments set forth on page three (3), lines two (2) through six (6), and page four (4), lines two (2) through twenty (20) of Defendants' Motion to Dismiss. The balance of Defendants' Motion shall remain at issue before the Court.

OLSON, CANNON, GORMLEY & DESRUISSEAUX
Law Offices of
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Telecopier (702) 383-0701

1   Defendants further agree to allow Righthaven to attach to Righthaven's forthcoming

2   Opposition to Defendants' Motion to Dismiss – as supplemental information for the Court – this

3   Court's September 2, 2010 Order in the matter of *Righthaven LLC v. Dr. Shezad Malik Law Firm*

4   *P.C.,* Case No. 2:10-cv-00636-RLH-RJJ (Docket No. 15-0).

5   DATED this ⟨15⟩ day of September, 2010.

6   OLSON, CANNON,                          RIGHTHAVEN LLC
    GORMLEY & DESRUISSEAUX
7
8   By: _____            By: _____
9   JAMES R. OLSON, ESQ.                    J. CHARLES COONS, ESQ.
    Nevada Bar No. 000116                   Nevada Bar No. 010553
    MICHAEL E. STOBERSKI, ESQ.              JOSEPH C. CHU, ESQ.
10  Nevada Bar No. 004762                   Nevada Bar No. 011082
    9950 West Cheyenne Avenue               9960 West Cheyenne Avenue, Suite210
11  Las Vegas, Nevada 89129                 Las Vegas, Nevada 89129-7701
    Attorneys for Defendants                Attorney for Plaintiff
12
13
14                          **ORDER**
15   IT IS SO ORDERED.
16   DATED this ___ day of September, 2010.
17
18                                          _____
                                            DISTRICT COURT JUDGE
19
20
21
22
23
24
25
26
27
28

OLSON, CANNON, GORMLEY & DESRUISSEAUX
*Law Offices of*
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Telecopier (702) 383-0701