# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LCC, a Nevada limited liability company,<br><br>            Plaintiff,<br><br>v.<br><br>KAYSE JAMA, an individual, and CENTER FOR INTERCULTURAL ORGANIZING, a non-profit organization,<br><br>            Defendants. | 2:10-CV-1322 JCM (LRL) |

### ORDER

The court hereby orders the plaintiff to show cause why this case should not be dismissed under the 17 U.S.C. § 107 Fair Use exception.

Accordingly,

IT IS HEREBY ORDERED that the plaintiff show cause, in writing, within ten (10) days of the date of filing of this order why the court should not dismiss the instant case.

IT IS FURTHER ORDERED that a show cause hearing is scheduled before District Judge James C. Mahan on **December 16, 2010, at 10:00 a.m.** in Courtroom 6A. Failure of plaintiff to appear shall result in the imposition of sanction for that party.

DATED November 15, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**