# EXHIBIT 1

# EXHIBIT 1






Tiếng Việt

# CENTER FOR INTERCULTURAL ORGANIZING

Organizing across cultural lines for an equitable, pluralistic society.

HOME | CONTACT US | WHO WE ARE | WHAT WE DO | GET INVOLVED | TOOLS | WHAT'S NEW | SUBSCRIBE

## Welcome to CIO

Center for Intercultural Organizing is a diverse, grassroots membership organization working to build a multi-racial, multicultural movement for immigrant and refugee rights

### CIO NEWS AND CAMPAIGNS



adership

leadership past PILOT skills.

**State of Oregon Campaigns**
CIO is gearing up for Oregon's next legislati The 2011 session offers an opportunity for o representing communities of color to take action on a number of issues of conce communities. Join us!

1 2 3 4


BECOME A MEMBER OF CIO


MAKE A DONATION TO CIO
VISA [cards] PayPal

### Upcoming CIO Events

| NOVEMBER 2010 |
|---|
|   |   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |   |   |   |   |
| «Oct |   |   |   |   | Dec» |

### Somali Community Responds to Alleged Act of Terror

Read a press release from the Somali community in Portland about the recent alleged terror plot. The Somali community is calling for a rally for peace and unity on Sunday, November 28th at 5:00 PM at Portland City Hall.

Read more →

### Free "Know Your Rights" Workshop

On November 16, CIO will be hosting a "Know Your Rights" workshop led by Kevin Diaz, Legal Director for the ACLU of Oregon (American Civil Liberties Union). The workshop will discuss what to do if you are contacted by law enforcement agents in your car, on the street or at your home. Pre-registration is not necessary – All are welcome.

Read more →

### Follow CIO:

  

### Search Our Site:


To search, type and hit en

### Jump To:

Select Category ▼

### Consultation Day

Attention IMMIGRANTS AND REFUGEES The Center for Intercultural Organizing will be hosting a Consultation Day in observance of the Bill of Rights Day. If you have a question related to an immigration legal matter, this event is for you. You will receive one-on-one professional consultation from an immigration attorney participating in the Consultation Day.

Read more →

### День консультаций

ВНИМАНИЮ ИММИГРАНТОВ И БЕЖЕНЦЕВ Центр межкультурной организации организует День консультаций в честь Дня Билля о правах. Если у Вас есть вопрос, относящийся к иммиграционному праву, то это мероприятие для Вас. Во время Дня консультаций Вы сможете один-на-один переговорить с иммиграционным адвокатом и получить профессиональную консультацию по Вашему вопросу. Вам будет предоставлено до 30 минут времени [...]

Read more →

   

# CENTER for INTERCULTURAL ORGANIZING

Organizing across **cultural lines** for an **equitable, pluralistic society.**

HOME   CONTACT US   WHO WE ARE   WHAT WE DO   GET INVOLVED   TOOLS   WHAT'S NEW

SUBSCRIBE

## Membership

We are excited to invite you to actively engage in the Center's work by becoming an individual or organizational member. CIO individual members have the opportunity to serve on our planning committees, organize and attend events, run our educational programs, and steer the path to building a unified voice for the immigrant and refugee populations of Oregon and beyond. Organizational members receive special support and skill-building trainings from CIO. Join today!

## General Membership Meeting – Oct 7

We had a membership meeting on Thursday, Oct 7, 2010. Thank you to everybody who came to the meeting. After the meeting we had fun doing a PSA (public service announcement) for the Voter-Owned Elections! Check out this link and watch the PSA

### Organizational Membership

We are currently formalizing our organizational membership structure. Watch for updates here!

Read more →

### Individual Membership

Thumbnail image for Individual Membership.jpg Become a Center for Intercultural Organizing (CIO) member and help create a stronger, more inclusive democracy. At the Center for Intercultural Organizing, immigrants, refugees and allies work across cultural lines to advance the rights and liberties of all. We are a vehicle for social justice and real change, welcome aboard!

Read more →

### Membership Monthly Meetings

Our next monthly membership meeting is October 7, 2010. We're going to talk about the annual party and CIO



BECOME A MEMBER OF CIO



MAKE A DONATION TO CIO

UPCOMING CIO EVENTS

NOVEMBER 2010

|    | 1  | 2  | 3  | 4  | 5  | 6  |
|----|----|----|----|----|----|----|
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |    |    |    |    |

«Oct                Dec»

FOLLOW CIO:

  

SEARCH OUR SITE:

To search, type and hit en

JUMP TO:

Membership ▼




# CENTER FOR INTERCULTURAL ORGANIZING

Organizing across **cultural lines** for an **equitable, pluralistic society.**

HOME  CONTACT US  WHO WE ARE  WHAT WE DO  GET INVOLVED  TOOLS  WHAT'S NEW

SUBSCRIBE

## Make a Donation to CIO

### CIO Online Donation Form

Center for Intercultural Organizing is a federally recognized 501(c)(3) nonprofit organization. Donations are tax-deductible (Tax ID #74-3098100). To contribute to the Center online through debit or credit card, please fill out this form. You will then be taken to a secure payment site courtesy of Paypal. Thank you for your support!

Name *
Address *
City, State Zip *
Daytime Phone
Evening Phone
Cell Phone
E-mail Address
Employer (Some companies match donations to non-profits)

Reason for Payment *
- [ ] I am paying my membership dues
- [ ] I am making a donation
- [ ] I am paying a workshop fee
- [ ] I am paying a pledge that I made

Payment Amount (you must enter a dollar amount here to be directed to Paypal)   USD   Donation

Comments

If you would like to make a donation by check, please send your check to:
Center for Intercultural Organizing / 700 N. Killingsworth Street / Portland, Oregon 97217

[Submit]


BECOME A MEMBER OF CIO


MAKE A DONATION TO CIO
VISA  MasterCard  Discover  PayPal

UPCOMING CIO EVENTS

NOVEMBER 2010

|  |  | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |  |  |  |  |

«Oct                    Dec»

FOLLOW CIO:


SEARCH OUR SITE:
To search, type and hit en

JUMP TO:
Select Category