# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LCC, a Nevada limited liability company,<br><br>          Plaintiff,<br><br>v.<br><br>KAYSE JAMA, an individual, and CENTER FOR INTERCULTURAL ORGANIZING, a non-profit organization,<br><br>          Defendants. | 2:10-CV-1322 JCM (LRL) |

## ORDER

Presently before the court is Professor Jason Schultz's motion to file an amicus curiae brief in the matter of *Righthaven LLC v. Center For Intercultural Organizing et al.* (2:10-cv-01322-JCM-LRL). (Doc. #17). The petitioner has appropriately attached a proposed brief to the motion. (Doc. #17-1).

The court has reviewed the proposed brief and agrees that it will be useful to the court in ruling on the November 15, 2010, order to show cause (doc. #12). However, because the amicus brief is to be filed one day before the scheduled hearing on the order to show cause, the court vacates and resets that hearing to give the parties an opportunity to respond in writing before oral argument.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Professor Jason Schultz's motion to file an amicus curiae brief (doc. #17) is GRANTED. Counsel for Professor Schultz shall

**James C. Mahan**
**U.S. District Judge**

file the amicus brief (doc. #17-1) with the court.

IT IS FURTHER ORDERED that the hearing set for December 16, 2010, is hereby VACATED and rescheduled for **Tuesday, December 28, 2010, at 10:30 a.m.** in Courtroom 6A. Failure to appear shall result in the imposition of sanctions.

DATED December 15, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -