# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LCC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KAYSE JAMA, an individual, and CENTER FOR INTERCULTURAL ORGANIZING, a non-profit organization,<br><br>Defendants. | 2:10-CV-1322 JCM (LRL) |

**ORDER**

Presently before the court is the motion of Professor Jason Schultz to appear in *amicus curiae* at hearing on order to show cause regarding fair use. (Doc. #20).

On December 15, 2010, this court granted Professor Schultz permission to file an *amicus curiae* brief in this matter, concluding that the brief will be useful to the court in ruling on the pending fair use issue. (Doc. #19). Professor Schultz now requests permission to present a short oral argument regarding the copyright legal and policy issues raised by the court's order to show cause. The court again agrees that Professor Schultz's contribution to the hearing will be useful in ruling on the issue of fair use.

Accordingly,

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion of Professor Jason Schultz to appear in *amicus curiae* at hearing on order to show cause regarding fair use (doc. #20) is GRANTED.

DATED December 27, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -