JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
OLSON, CANNON, GORMLEY
& DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
(702) 384-4012
FAX: (702) 383-0701
jolson@ocgd.com
mstoberski@ocgd.com

Attorneys for Defendants
KAYSE JAMA, an individual, and
CENTER FOR INTERCULTURAL ORGANIZING

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company, | ) | CASE NO. 2:10-cv-01322-JCM-LRL |
| Plaintiff, | ) | |
| vs. | ) | |
| KAYSE JAMA, an individual, and CENTER FOR INTERCULTURAL ORGANIZING, a Non-Profit Organization, | ) | **FINAL JUDGMENT** |
| Defendant. | ) | |

The Court having reviewed all of the papers presented by the parties and pleadings on file in this matter, and having heard oral argument of counsel, and finding good cause therefor,

. . .

. . .

. . .

. . .

. . .

. . .

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to FRCP 54(b), final judgment is hereby entered in favor of Defendants KAYSE JAMA and CENTER FOR INTERCULTURAL ORGANIZING, a non-profit organization, against Plaintiff there being no just reason to delay the entry of Final Judgment as to the Defendants.

IT IS SO ORDERED this 13th day of May, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

RESPECTFULLY SUBMITTED BY:

OLSON, CANNON,
GORMLEY & DESRUISSEAUX

By: _____
JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
CHRISTOPHER J. RICHARDSON, ESQ.
Nevada Bar No. 009166
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 11th day of May, 2011,, I served the foregoing **FINAL JUDGMENT,** through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage prepaid), upon the following: :

Shawn A. Mangano, Esq.
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
shawn@manganolaw.com

J. Charles Coons, Esq.
Joseph C. Chu, Esq.
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
ccoons@righthaven.com
jchu@righthaven.com

*Attorneys for Plaintiff, Righthaven, LLC*

/s/ Barbara Abbott
AN EMPLOYEE OF OLSON, CANNON, GORMLEY & DESRUISSEAUX