SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
(702) 304-0432 – telephone
(702) 922-3851 – facsimile

*Attorney for Plaintiff Righthaven LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CENTER FOR INTERCULTURAL ORGANIZING, a not-for-profit Oregon entity; and KAYSE JAMA, an individual,<br><br>　　　　　Defendants. | Case No.: 2:10-cv-01322-JCM-LRL<br><br>**PLAINTIFF RIGHTHAVEN LLC'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

　　　NOTICE is hereby given that Plaintiff Righthaven LLC ("Righthaven"), Plaintiff in this action hereby appeals the Final Judgment entered in this action on the 13th day of May, 2011 (the "Final Judgment", Doc. # 40) to the United States Court of Appeals for the Ninth Circuit.  The Final Judgment entered in favor of Defendants Center For Intercultural Organizing and Kayse Jama (collectively the "Defendants") was based on, and Righthaven's appeal in this action includes, the Court's April 22, 2011 Order (Doc. # 38), the related Order to Show Cause (Doc. # 12), the Final Judgment (Doc. # 40), the associated briefing by the parties, and the transcripts from the proceedings held on December 28, 2010 (Doc. # 27) and on March 18, 2011 (Doc. #

33), all of which will properly be designated separately as part of the record on appeal by Righthaven.

Dated this 18th day of May, 2011.

                      SHAWN A. MANGANO, LTD.

By:  /s/ Shawn A. Mangano
      SHAWN A. MANGANO, ESQ.
      Nevada Bar No. 6730
      shawn@manganolaw.com
      9960 West Cheyenne Avenue, Suite 170
      Las Vegas, Nevada 89129-7701

*Attorney for Plaintiff Righthaven LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b) and as provided for under the applicable Local Rules of Civil Practice, I certify that on this 18th day of May, 2011, I caused a true and correct copy of **PLAINTIFF RIGHTHAVEN LLC'S NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** to be served on all counsel properly registered and appearing in this action as listed in the Court's ECF system.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701

*Attorney for Plaintiff Righthaven LLC*