NOTICE OF APPEAL TRANSMITTAL FORM
United States Court of Appeals
For the Federal Circuit
U.S. District Court, District of Nevada (Las Vegas)

**Case Information**

| | |
|---|---|
| Short Case Title: | Righthaven LLC v Center for Intercultural Organizing |
| U.S. District Judge: | James C. Mahan |
| Case Number(s): | 2:10-cv-01322-JCM-LRL |
| Date Complaint Filed: | 8/5/2010 |
| Date Appealed Order/Judgment Entered: | 5/13/2011 |
| Date Appeal(s) Filed: | 5/18/2011 |

**Court Recorder/Reporter**

| | |
|---|---|
| Name, Telephone Number: | Joy Garner, (702) 384-3188 |

**Fee Information**

| | |
|---|---|
| Date Docket Fee Paid: | 5/18/2011 |
| U.S. Government Appeal? | Select... |
| Date IFP Granted: | |
| Date IFP Denied: | |
| Is IFP Pending? | Select… |
| Other: | |

**Name of Person Completing This Form**   Julie Giesbrecht

**Phone Number:**   (702) 464-5402

*Court of Appeals: Please acknowledge receipt of the above items on the enclosed copy of this letter.*

NOTICE OF APPEAL TRANSMITTAL FORM
United States Court of Appeals
For the Federal Circuit
U.S. District Court, District of Nevada (Las Vegas)

**COUNSEL INFORMATION**

**Counsel Information**

**Appellant Counsel:**

**John Charles Coons**
Righthaven LLC
9960 West Cheyenne Avenue
Las Vegas, NV 89129
(702) 527-5906
Fax: (702) 527-5909
Email: jcoons@righthaven.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Chu**
Righthaven LLC
9960 West Cheyenne Avenue
Las Vegas, NV 89129
702-527-5900
Email: jchu@righthaven.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn A. Mangano**
Shawn A. Mangano, Ltd
9960 West Cheyenne Avenue
Suite 170
Las Vegas, NV 89129
(702) 304-0432
Fax: (702) 922-3851
Email: shawn@manganolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee Counsel:**

**James R. Olson**
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129-
(702) 384-4012
Fax: (702) 383-0701
Email: chartle@ocgd.com
*ATTORNEY TO BE NOTICED*

**Michael E Stoberski**
Olson Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129-
(702) 384-4012
Fax: (702) 383-0701
Email: mstoberski@ocgd.com
*ATTORNEY TO BE NOTICED*
*FOR Defendant Center for Intercultural Organizing and Kayse Jama*

**Chad A Bowers**
The Law Office of Chad A. Bowers, Ltd.
3202 W Charleston Blvd
Las Vegas, NV 89102-
(702)457-1001
Fax: (702)457-8006
Email: chadbowers@lawyer.com
*ATTORNEY TO BE NOTICED*
*For Amicus / Professor Jason Schultz*

Case 2:10-cv-01322-JCM -LRL   Document 45   Filed 05/19/11   Page 3 of 3