# United States Court of Appeals
## for the Federal Circuit

717 Madison Place, N.W.
Washington, D.C. 20439

**Jan Horbaly**
**Clerk of Court**

May 26, 2011

202-275-8000
202-275-9678 (F)

*[Received stamp: 2011 MAY 31 P 3: 11, DISTRICT COURT OF NEVADA, DEPUTY]*

Office of the Clerk
U.S. Court of Appeals – 9th Circuit
James R. Browning U.S. Courthouse
P.O. Box 193939
San Francisco, CA 94119

Re: Righthaven v Center for Intercultural Organizing (DCT - NV # 2:10-cv-1322)

Dear Clerk:

I am transmitting to your court the attached notice of appeal, mistakenly sent to this court. The documents were received by this court on May 23, 2011.

Very truly yours,
Jan Horbaly, Clerk

*[signature]*
Sarah Jeffries
Deputy Clerk

Enclosures

cc: U.S. District Court – Nevada
    Shawn A. Mangano
    James R. Olson