SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>CENTER FOR INTERCULTURAL ORGANIZING, a not-for-profit Oregon entity; and KAYSE JAMA, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01322-JCM-LRL<br><br>**CERTIFICATE OF SERVICE** |

      Pursuant to Federal Rule of Civil Procedure 5(b) and in compliance with Judge Roger L. Hunt's Minute Order (Doc. 138), in the matter of *Righthaven v. Democratic Underground*, 2:10-cv-1356-RLH-GWF, I hereby certify that on this 5th day of August, 2011, I caused the following documents to be served:

1. The Strategic Alliance Agreement between Righthaven LLC and Stephens Media LLC;
2. The Order on the Motion for Voluntary Dismissal with Prejudice; Motion to Dismiss or Strike; and the Motion for Summary Judgment (Doc. 116); and
3. The Transcript of the Order to Show Cause Hearing, dated July 14, 2011.

The foregoing documents were served via electronic mail as follows:

    Center for Intercultural Organizing
    c/o James R. Olson, Esq.
    chartle@ocgd.com

    Center for Intercultural Organizing
    c/o Michael Stoberski, Esq.
    mstoberski@ocgd.com

    Kayse Jama
    c/o James R. Olson, Esq.
    chartle@ocgd.com

    Kayse Jama
    c/o Michael Stoberski, Esq.
    mstoberski@ocgd.com

    Professor Jason Schultz
    c/o Chad A. Bowers, Esq.
    chadbowers@lawyer.com

                                         By: Steven G. Ganim
                                         Steven G. Ganim
                                         An employee of Righthaven LLC