**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 08 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RIGHTHAVEN LLC, | No. 11-16358 |
| Plaintiff - Appellant, | D.C. No. 2:10-cv-01322-JCM<br>District of Nevada,<br>Las Vegas |
| v. | |
| CENTER FOR INTERCULTURAL ORGANIZING and KAYSE JAMA, | ORDER |
| Defendants - Appellees. | |

Before: SCHROEDER, TASHIMA, and BERZON, Circuit Judges.

Appellees' unopposed motion to dismiss this appeal as moot is granted. *See Foster v. Carson*, 347 F.3d 742, 745 (9th Cir. 2003).

**DISMISSED.**

SVG/Moatt