**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, | |
| Plaintiff-Appellant, | District No.    2:10-cv-01322-JCM-LRL |
| vs. | |
| CENTER FOR INTERCULTURAL ORGANIZING and KAYSE JAMA, | U.S.C.A. No.    11-16358 |
| Defendants-Appellees. | |

ORDER ON MANDATE

      The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on Aug 8, 2012, issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated   September 12, 2012.

_____

James C. Mahan

United States District Judge